AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JULIO GUERRERO MEDINA,

    Petitioner,

        v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   5:26-cv-68

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order entered February 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____
Date   *February 6, 2026*

John E. Triplett, Clerk of Court
Clerk

_____
*(By) Deputy Clerk*